[No. 22352-0-II.   Division Two.   December 4, 1998.]

HOMAYOON FOTOVATJAH, D.D.S., *Appellant*, v. THE
DEPARTMENT OF HEALTH, THE DENTAL QUALITY ASSURANCE
COMMISSION, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 95-2-07795-7, Grant L. Anderson, J., entered
August 22, 1997. *Affirmed* by unpublished opinion per
Hunt, J., concurred in by Houghton, C.J., and Seinfeld, J.

[No. 22389-9-II.   Division Two.   December 4, 1998.]

LEONARD STRANDLEY, ET AL., *Appellants*, v. CNA
INSURANCE COMPANIES, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 95-2-07118-5, Terry D. Sebring, J., entered
September 11, 1997. *Affirmed in part* and *reversed in part*
by unpublished opinion per Bridgewater, A.C.J., concurred
in by Morgan and Armstrong, JJ.

[No. 22484-4-II.   Division Two.   December 4, 1998.]

*In the Matter of the Annexation of* 35.56 ACRES TO THE
CITY OF NORTH BONNEVILLE. KENETH W. PETERSON, ET AL.,
*Appellants*, v. SKAMANIA COUNTY BOUNDARY REVIEW BOARD,
*Respondent*.

Appeal from a judgment of the Superior Court for Ska-
mania County, No. 97-2-00056-6, H. Thompson Reynolds,
J., entered October 8, 1997. *Affirmed* by unpublished
opinion per Bridgewater, A.C.J., concurred in by Armstrong
and Hunt, JJ.

[No. 22794-1-II.   Division Two.   December 4, 1998.]

VICTORIA L. BESS, *Appellant*, v. THE ESTATE OF GERALDINE
BRUMBAUGH, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 95-2-03162-7, Jay B. Roof, J., entered January
9, 1998. *Reversed* by unpublished opinion per Morgan, J.,
concurred in by Bridgewater, A.C.J., and Seinfeld, J.